JILL SHULER et al., Appellants, v LARRY DUPREE et al., Respondents.

Submitted April 11, 2005; decided June 7, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

STICHTING TER BEHARTIGING VAN DE BELANGEN VAN OUDAANDEELHOUDERS IN HET KAPITAAL VAN SAYBOLT INTERNATIONAL B.V., Appellant-Respondent, v PHILIPPE S.E. SCHREIBER et al., Respondents-Appellants, et al., Defendants, et al., Third-Party Defendant.

Submitted February 22, 2005; decided June 7, 2005

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH. Taking no part: Chief Judge KAYE.